CLERK'S OFFICE U.S. DIST. COURT
AT DANVILLE, VA
FILED
JUN 17 2014
JULIA C. DUDLEY, CLERK
BY: /s/ DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

| | |
|---|---|
| LATRON BROWN, <br>     Plaintiff, | Civil Action No. 7:14-cv-00238 |
| v. | ORDER |
| ALBEMARLE COUNTY POLICE DEPARTMENT, et al., <br>     Defendants. | By:   Hon. Jackson L. Kiser <br>        Senior United States District Judge |

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that the Complaint is **DISMISSED without prejudice** for failing to state a claim upon which relief may be granted, pursuant to 28 U.S.C. § 1915A(b)(1), and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to Plaintiff.

ENTER: This 17th day of June, 2014.

/s/ Jackson L. Kiser
Senior United States District Judge